Decided February 16, 1995

## STATE OF CONNECTICUT *v.* RAY BOYD

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 516 (AC 13077), is denied.

*Richard Emanuel,* assistant public defender, in support of the petition.

*Marjorie Allen Dauster,* assistant state's attorney, in opposition.